The Honorable James L. Robart

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| FORMA CONSTRUCTION COMPANY,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendant. | Case No. 3:24-cv-05401-JLR<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME ON INITIAL SCHEDULING DATES** |

Upon consideration of the Joint Motion for Extension of Time on Initial Scheduling Dates filed by the United States and Forma Construction Company, and for good cause shown, IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS FURTHER ORDERED that the initial scheduling dates are extended as follows:

| | |
|---|---|
| Deadline for FRCP 26(f) Conference: | 09/30/2024 |
| Initial Disclosures Pursuant to FRCP 26(a)(a): | 10/14/2024 |
| Combined Joint Status Report and Discovery Plan as Required by FRCP 26(f) and Local Civil Rule 26(f): | 10/21/2024 |

Dated this 18th day of July, 2024.

_____
UNITED STATES DISTRICT JUDGE

[Proposed] Order Granting Joint Motion for Extension of Time on Initial Scheduling Dates
(Case No. 3:24-cv-05401-JLR)

1

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366

1 | *Presented By*:

2 | DAVID A. HUBBERT
Deputy Assistant Attorney General
3 |
4 | */s/ Yen Jeannette Tran*
YEN JEANNETTE TRAN
Trial Attorney, Tax Division
5 | U.S. Department of Justice
P.O. Box 683
6 | Washington, D.C.  20044
202-616-3366 (v)
7 | 202-307-0054 (f)
y.jeannette.tran@usdoj.gov
8 | *Attorney for the United States of America*

[Proposed] Order Granting Joint Motion for Extension of Time on Initial Scheduling Dates
(Case No. 3:24-cv-05401-JLR)

2

**U.S. DEPARTMENT OF JUSTICE**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-616-3366