UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FORMA CONSTRUCTION COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. C24-5401JLR<br><br>ORDER |

On July 15, 2025, the court denied the parties' joint motion for a 45-day continuance of their deadlines for disclosures of expert testimony, motions related to discovery, discovery completion, and dispositive motions. (7/15/25 Order (Dkt. # 18).) The court, however, offered the parties the option to file a stipulated motion agreeing to their three-day bench trial at the end of its trial calendar. (*Id.* at 3.) The parties have now filed that stipulated motion. (Stip. Mot. (Dkt. # 19).)

//

ORDER - 1

1    The court GRANTS the parties' stipulated motion to reset their bench trial at the
end of its trial calendar (Dkt. # 19), VACATES the deadlines in the current scheduling
order (Dkt. # 15), and CONTINUES the parties' three-day bench trial to **November 2, 2026**. The Clerk is DIRECTED to issue an updated scheduling order that resets the
expert disclosures deadline and all unexpired pretrial deadlines in accordance with the
new trial date.

Dated this 16th day of July, 2025.

*[signature]*

JAMES L. ROBART
United States District Judge